Writ of Mandamus Denied, Opinion issued December 10, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01419-CV

## IN RE L. WAYNE TUCKER, ELIZABETH GEORGE, AND THE F & M BANK AND TRUST COMPANY, Relators

Original Proceeding from the 162nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-12-06-036

# MEMORANDUM OPINION

Before Justices Moseley, FitzGerald, and Myers
Opinion by Justice Moseley

Relators contend the trial judge erred in authorizing depositions to be taken under Rule 202 of the Texas Rules of Civil Procedure. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relators have not shown they are entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). Accordingly, we **DENY** relators' petition for writ of mandamus.

JIM MOSELEY
JUSTICE

121419F.P05